**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

| | | |
|---|---|---|
| **WINSTON DOUGLAS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **CIVIL ACTION NO: 2:23cv00030** |
| | ) | |
| **KF WATER OF VIRGINIA, LLC** | ) | |
| **d/b/a CULLIGAN OF GREATER** | ) | |
| **VIRGINIA** | ) | |
| | ) | |
| **Defendant.** | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate that this action is hereby dismissed with prejudice. Jurisdiction in the matter is retained solely for the purpose of enforcing the settlement agreement resulting in dismissal of the action. Each party shall bear its own attorneys' fees and costs.

Respectfully submitted,

**GAYNOR LAW CENTER, P.C.**
_/s/ Todd M. Gaynor_
Todd M. Gaynor, Esquire
440 Monticello Avenue, Suite 1800
Norfolk, Virginia 23510
PH: (757) 828-3739
EM: tgaynor@gaynorlawcenter.com

*Attorney for Plaintiff*

Dated:  July 20, 2023

**NORTHERN VALLEY LAW, PLC**
*/s/ Timothy R. Johnson*
Timothy R. Johnson (VSB No. 87673)
P.O. Box 610
Berryville, VA 22611
PH: (540) 771-2190
EM:    tjohnson@northernvalleylaw.com

*Attorney for Defendant*